MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> SLAVADOR TOLEDO PABLO, <br>     Defendant. | No. 94-MJ-30004 MAG <br><br> **UNITED STATES' MOTION TO DISMISS CRIMINAL COMPLAINT AND [PROPOSED] ORDER** |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned complaint charging the defendant with a violation of 18 U.S.C. § 1073, unlawful flight to avoid prosecution, and moves that the Court quash the arrest warrant issued in connection with the complaint in this case. The fugitive defendant has been apprehended in Mexico, has been

//

//

//

//

MOTION TO DISMISS COMPLAINT
CR 94-MJ-30004 MAG

extradited to the United States, and has been turned over to the custody of the San Jose Police Department.

DATED: April 2, 2013  Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
KEVIN J. BARRY
Assistant United States Attorney

**[PROPOSED] ORDER**

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss the complaint in case number CR 94-MJ-30004 MAG. It is further ordered that the arrest warrant issued in connection with that complaint is quashed.

DATED: __April 3, 2013__  _____
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

MOTION TO DISMISS COMPLAINT
CR 94-MJ-30004 MAG